Writ of Error to Circuit Court, Duval County; Daniel A. Simmons, Judge.

Judgment affirmed.

*Johnson & McIlvaine,* for Plaintiff in Error;

*Hilburn & Merryday,* for Defendant in Error.

---

W. S. Westcott and Patty Westcott, Appellants, v. Town of Orange Park, a Municipal Corporation, Appellee.

Filed February 8, 1916.

Appeal from Circuit Court, Clay County; George Couper Gibbs, Judge.

Judgment affirmed.

*L. E. Wade,* for Appellants;

*Robert R. Milam,* for Appellee.

---

J. F. Newman and Elizabeth Allen, Appellants, v. Bagdad Land & Lumber Company, a corporation, Appellee.

Filed February 15, 1916.

Appeal from Circuit Court, Santa Rosa County; A. G. Campbell, Judge.

Decree affirmed.

*W. W. Clark,* for Appellants;

*Blount & Blount & Carter,* for Appellee.

---

D. C. Young, John H. Young, Lizzie Baggett and L. D. Baggett, Plaintiffs in Error, v. Ella Poston and John Poston, Defendants in Error.

Filed February 15, 1916.

Writ of Error to Circuit Court, Santa Rosa County; A. G. Campbell, Judge.

Judgment affirmed.

*J. T. Wiggins* and *F. B. Carter,* for Plaintiffs in Error;

*McGeachy & Lewis,* for Defendants in Error.

---

M. C. Boley, Plaintiff in Error, v. W. J. Forbes, as Trustee in Bankruptcy of the Estate of A. M. McMillan, Bankrupt, Defendant in Error.

Filed February 15, 1916.

Writ of Error to Circuit Court, Escambia County; J. Emmett Wolfe, Judge.